UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| REX CLAY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) Case No. 1:15-cv-0075-TWP-MPB |
| MARTIN MARIETTA MATERIALS, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

**ORDER ON NOTICE OF SETTLEMENT AND JOINT MOTION
TO VACATE SETTLEMENT CONFERENCE AND ALL
REMAINING CASE MANAGEMENT DEADLINES**

This matter comes before the Court on the Notice of Settlement and Joint Motion to Vacate Settlement Conference and All Remaining Case Management Deadlines. Having reviewed and considered the Motion, the Court grants the Motion.

It is hereby ORDERED that the settlement conference scheduled for February 17, 2016 is VACATED along with all other remaining case management deadlines.

Dated: February 10, 2016

Matthew P. Brookman
United States Magistrate Judge
Southern District of Indiana

1

Distribution:

John Robert Panico
PANICO LAW LLC
Email:   jpanico@discriminationlawgroup.com

Peter A. Morse, Jr.
Peter T. Tschanz
BARNES & THORNBURG LLP
Email:   pmorse@btlaw.com
         ptschanz@btlaw.com