UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| REX CLAY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) Case No. 1:15-cv-0075-TWP-MPB |
| MARTIN MARIETTA MATERIALS, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE

Peter T. Tschanz respectfully requests leave to withdraw his appearance on behalf of Defendant Martin Marietta Materials, Inc.  Defendant will continue to be represented by Peter A. Morse, Jr., of Barnes & Thornburg LLP, who has previously entered his Appearance. Accordingly, Defendant's rights will not be prejudiced by this withdrawal of appearance.

WHEREFORE, the undersigned counsel respectfully requests that the Court grant this Motion for Leave to Withdraw Appearance in the above-captioned matter.

Respectfully submitted,

*s/Peter T. Tschanz*
Peter A. Morse, Jr.
Peter T. Tschanz
**BARNES & THORNBURG LLP**
11 South Meridian Street
Indianapolis, Indiana  46204
Telephone:     (317) 236-1313
Facsimile:     (317) 231-7433
Email:            peter.morse@btlaw.com
                     peter.tschanz@btlaw.com

*Attorneys for Defendant*
*Martin Marietta Materials, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of April, 2016, a copy of the foregoing was electronically filed and was served on the following counsel of record by the Court's electronic filing system:

John Robert Panico
PANICO LAW LLC
9465 Counselors Row, Suite 200
Indianapolis, IN  46240

*s/Peter T. Tschanz*
Peter T. Tschanz

DMS 3874965v1

2