UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| REX CLAY, | ) |
| Plaintiff, | ) ) ) ) |
| vs. | ) ) ) Case No. 1:15-cv-0075-TWP-DKL ) |
| MARTIN MARIETTA MATERIALS, INC., | ) ) ) |
| Defendant. | ) ) ) ) |

## ORDER GRANTING MOTION FOR
## LEAVE TO WITHDRAW APPEARANCE

This matter came before the Court on Peter T. Tschanz's Motion for Leave to Withdraw Appearance, and the Court being duly advised, NOW GRANTS said Motion.

IT IS THEREFORE ORDERED that Peter T. Tschanz's Appearance is hereby withdrawn and also deleted from all distribution and service lists. Defendant Martin Marietta Materials, Inc., continues to be represented by Peter A. Morse, Jr., of Barnes & Thornburg LLP.

Dated: 4/5/2016

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

Peter A. Morse, Jr. – pete.morse@btlaw.com
Peter T. Tschanz – peter.tschanz@btlaw.com
John Robert Panico – jpanico@discriminationlawgroup.com

DMS 3875301v1