UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| REX CLAY, | ) |
|     Plaintiff, | ) ) ) |
|   vs. | ) )  Case No. 1:15-cv-0075-TWP-MPB |
| MARTIN MARIETTA MATERIALS, INC., | ) ) |
|     Defendant. | ) ) ) |

## **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties hereby stipulate and agree to the dismissal, with prejudice, of the above-captioned cause of action in its entirety, with each party to bear its own costs and fees.

Respectfully submitted,

*s/John Robert Panico*_____
John Robert Panico
PANICO LAW LLC
9465 Counselors Row, Suite 200
Indianapolis, IN  46240
Telephone:  317-759-7464
Email: jpanico@discriminationlawgroup.com

*Attorney for Plaintiff*

2

        <u>s/Peter A. Morse, Jr.</u>
        Peter A. Morse, Jr.
        BARNES & THORNBURG LLP
        11 South Meridian Street
        Indianapolis, Indiana  46204
        Telephone:   (317) 236-1313
        Facsimile:   (317) 231-7433
        Email:   peter.morse@btlaw.com

*Attorneys for Defendant*
*Martin Marietta Materials, Inc.*