UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| REX CLAY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) Case No. 1:15-cv-0075-TWP-DKL |
| | ) |
| MARTIN MARIETTA MATERIALS, INC., | ) |
| | ) |
| Defendant. | ) |

## ORDER ON JOINT STIPULATION OF DISMISSAL

This cause came before the Court upon the Joint Stipulation of Dismissal with Prejudice. All parties who have appeared in this action have stipulated that this action be dismissed with prejudice.

**IT IS THEREFORE ORDERED** that this action be, and hereby is, dismissed with prejudice and each party shall bear its own fees and costs.

Dated: 5/19/2016

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

Peter A. Morse, Jr. – pete.morse@btlaw.com
John Robert Panico – jpanico@discriminationlawgroup.com